PETER P. MARIANI ET AL. *v.* CITY OF GROTON ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in New London County is denied without prejudice to full argument on the question of jurisdiction at the time the appeal is heard.

*Thomas B. Wilson,* for the appellees (defendants).

*Donald O'Brien,* for the appellants (plaintiffs).

Argued October 5—decided October 6, 1971

STATE OF CONNECTICUT *v.* EARL L. CHISOLM

a)   The "Motion For Determination That Filing Of Finding Of Fact Is Unnecessary" by the defendant from the Superior Court in Hartford County is denied.

b)   The "Motion To Supreme Court For Oral Argument" by the defendant from the Superior Court in Hartford County is denied.

c)   The motion to review the decision of the Superior Court in Hartford County revoking bail is reserved pending receipt of a finding.

*Aaron P. Slitt,* in support of the motions.

*George D. Stoughton,* chief assistant state's attorney, in opposition.